UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jason Coe Day, | Civil No. 11-2458 (SRN/LIB) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Tom Roy, Minnesota Commissioner of Corrections, | |
| Respondent. | |

_____

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated May 1, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Respondent's Motion to Dismiss [Docket No. 6] is GRANTED.

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1] is denied.

3. This action is DISMISSED WITH PREJUDICE.

4. Petitioner shall not be granted a Certificate of Appealability in this case.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 22, 2012

                                      s/Susan Richard Nelson
                                      SUSAN RICHARD NELSON
                                      United States District Judge